

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| COMAR MARINE CORP. | CIVIL ACTION NO. 09-1438 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| RAIDER MARINE LOGISTICS, LLC ET AL | MAGISTRATE C. MICHAEL HILL |

## RULING

UPON CONSIDERATION of the defendants, Chris St. Amand, Tracy Lirette, and Marauder Marine Logistics, LLC's Motion for Partial Summary Judgment [Rec. Doc. 118] and for the reasons stated during oral argument on June 16, 2011 the court finds that there is no genuine dispute with respect to the issue of whether the defendants hired any Comar personnel. Therefore, the defendants' motion is GRANTED.

It is noted for the record, that the motion was limited to Comar's claims seeking "liquidated damages for *hiring* (emphasis added) Comar's personnel". Therefore, the court has not ruled on the issue of whether the defendants "solicit[ed] for hire" any of Comar's personnel, as it was not before the court.

THUS DONE AND SIGNED this 17th day of June 2011 in Lafayette, Louisiana.

DISTRICT JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA