UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **COMAR MARINE CORP.** | **CIVIL ACTION NO. 6:09-1438 (LEAD)** |
| | **CIVIL ACTION NO. 6:12-1533 (MEMBER)** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RAIDER MARINE LOGISTICS, LLC, ET AL** | **MAG. JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

Upon consideration of the report and recommendation of the Magistrate Judge[1] [Doc. No. 329], together with the written objections and responses filed with this Court [Doc. Nos. 330, 331, 332 & 333], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that attorneys' fees in the amount of $501,134.95 and costs in the amount of $15,289.46 be AWARDED to Plaintiff Comar Marine Corp. and against Defendants Marauder Marine Logistics, LLC, *in personam*; Conqueror Marine Logistics, LLC; Raider Marine Logistics, LLC; Enforcer Marine Logistics, LLC; Tracy P. Lirette, *in personam*; and Chris St. Amand, *in personam*.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorneys' fees in the amount of $386,272.72 and costs in the amount of $10,882.79 be AWARDED to Defendants Marauder Marine Logistics, LLC, *in personam*; Conqueror Marine Logistics, LLC; Raider Marine Logistics, LLC; Enforcer Marine Logistics, LLC; Tracy P. Lirette, *in personam*; and Chris St.

---

[1] The report is styled a "Memorandum Ruling," but it is a recommendation to the Court.

Amand, *in personam* and against Plaintiff Comar Marine Corp.

MONROE, LOUISIANA, this 24th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE